JONATHAN GOLDSMITH, ESQ. (11805)
320 East Charleston Blvd. Ste. 203
Las Vegas, Nevada 89104
JONATHAN GOLDSMITH ESQ. (7577)
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
PH:   (866) 507-4779 ext. 232
FX:   (866) 861-1390
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT,
DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA CALHOUN,<br><br>          Plaintiff,<br>     v.<br><br>NATIONAL ACTION FINANCIAL<br>SERVICES          Defendant. | Case No.: 3:10-cv-00345-ECR-RAM<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br> ORDER GRANTING |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, REGINA CALHOUN, against Defendant, NATIONAL ACTION FINANCIAL SERVICES., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 1/3/11          KROHN & MOSS, LTD

                              /s/ Jonathan Goldsmith
                              Jonathan Goldsmith, Esq.
                              Attorney for Plaintiff,
                              REGINA CALHOUN

Dated: 1/3/11          JEROLD KAPLAN LAW OFFICE, P.C.

                              /s/ Hilary B. Muckleroy
                              Hilary B. Muckleroy
                              Attorney for Defendant,
                              NATIONAL ACTION FINANCIAL SERVICES

1

JONATHAN GOLDSMITH, ESQ. (11805)
320 East Charleston Blvd. Ste. 203
Las Vegas, Nevada 89104
JONATHAN GOLDSMITH ESQ. (7577)
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
PH:     (866) 507-4779 ext. 232
FX:     (866) 861-1390
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT,
DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA CALHOUN, | Case No.: 3:10-cv-00345-ECR-RAM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| NATIONAL ACTION FINANCIAL SERVICES | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2011

_Edward C. Reed._
The Honorable Judge
United States District Judge

---

[Proposed] Order